No. 89–6901.   DOWELL v. LENSING, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–6902.   COLEMAN v. DELAWARE.   C. A. 3d Cir.   Certiorari denied.

No. 89–6904.   CONLEY v. WASHINGTON.   Sup. Ct. Wash. Certiorari denied.

No. 89–6905.   HOLLEY v. EDWARDS, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–6907.   GALOWSKI v. MURPHY, SUPERINTENDENT, COLUMBIA CORRECTIONAL INSTITUTION.   C. A. 7th Cir.   Certiorari denied.

No. 89–6909.   CARTER v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT GRATERFORD.   C. A. 3d Cir.   Certiorari denied.

No. 89–6910.   STARKS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE.   C. A. 5th Cir.   Certiorari denied.

No. 89–6914.   MEYERS v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 89–6915.   CAMDEN v. CIRCUIT COURT OF CRAWFORD COUNTY, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 89–6921.   BARCLAY v. MARTINEZ, GOVERNOR OF FLORIDA, ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 89–6922.   HUNT ET AL. v. REYNOLDS.   C. A. 6th Cir. Certiorari denied.

No. 89–6928.   COOPER v. MOORE, DIRECTOR OF CORRECTIONS, ET AL.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 89–6930.   FRIAS v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 89–6931.   HARRIS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–6938.   WILSON v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.